FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN G., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | No. 2:25-CV-03095-JAG <br><br> ORDER GRANTING STIPULATED REMAND |

Before the court is the parties' Stipulated Motion to Remand. ECF No. 16. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties Stipulated Motion to Remand, **ECF No. 16**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall limit the period at issue to the period prior to September 17, 2022, and with respect to the period prior to September 17, 2022, shall instruct the administrative law judge to:

    a) Reevaluate Acquiescence Ruling 97-4(9);

    b) Reevaluate the medical opinions and prior administrative medical findings;

ORDER GRANTING STIPULATED REMAND - 1

  c) Reevaluate the claimant's maximum residual functional capacity;

  d) Consider additional evidence submitted;

  e) Take any action necessary to complete the administrative record and;

  f) Offer the claimant an opportunity for a hearing; and

  g) Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED January 12, 2026.

_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2