AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 12, 2026
SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN G. )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>FRANK BISIGNANO, Commissioner of Social Security<br>*Defendant* | Civil Action No. 2:25-CV-03095-JAG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The parties Stipulated Motion to Remand, ECF No. 16, is GRANTED.  Based on the stipulation of the parties, the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JAMES A. GOEKE

Date:   1/12/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*